UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
AT LEXINGTON

| | |
|---|---|
| PHYLLIS A. DOCKIES,  Plaintiff, | CIVIL ACTION NO. 5:17-235-KKC |
| V. | **ORDER** |
| EXPERIAN INFORMATION SOLUTIONS, INC. *et al*,  Defendants. | |

\*\*\* \*\*\* \*\*\*

Pursuant to Fed. R. Civ. P. 41, Plaintiff Phyllis Dockies filed notice that she is dismissing her claims against defendant Synchrony Bank without prejudice. DE 26. Accordingly, IT IS HEREBY ORDERED that Dockies' claims against Synchrony are DISMISSED WITHOUT PREJUDICE.

Dated July 19, 2017.

KAREN K. CALDWELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY