# UNITED STATES DISTRICT COURT
for the
**Eastern District of Kentucky**
**Lexington Division**

| | |
|---|---|
| Phyllis A. Dockies )<br>*Plaintiff* )<br>)<br>v. )<br>)<br>Experian Information Solutions, Inc. *et al.* )<br>*Defendants* )<br>) | Case No. 5:17-cv-00235-KKC |

## ORDER

Upon motion of Plaintiff Phyllis Dockies to dismiss without prejudice Defendant GTE Wireless, Inc., and after review of the record and the response of parties' counsel, and the court being sufficiently advised:

It is hereby ordered Plaintiff's Motion to Dismiss all claims against Defendant GTE Wireless, Inc. without prejudice is hereby GRANTED. All claims herein as to Defendant GTE Wireless, Inc. are hereby DISMISSED WITHOUT PREJUDICE.

It is further ordered that the Motion to Dismiss filed by GTE Wireless, Inc. [DE 11] is rendered moot and is therefore DENIED.

This Order does not affect, and is not intended to affect, Plaintiff's claims against any other party to this action.