# UNITED STATES DISTRICT COURT
for the
**Eastern District of Kentucky**
**Lexington Division**

| | | |
|---|---|---|
| Phyllis A. Dockies | ) | |
| *Plaintiff* | ) | |
| | ) | |
| v. | ) | Case No. 5:17-cv-00235-KKC |
| | ) | |
| Experian Information Solutions, Inc. *et al.* | ) | |
| *Defendants* | ) | |
| | ) | |

### NOTICE OF SETTLEMENT AS TO DEFENDANT
### TRANS UNION, LLC

Please take notice that Plaintiff, Phyllis A. Dockies, has reached a settlement with Defendant Trans Union, LLC. Once the settlement is final, the parties will file a joint dismissal with prejudice. This Notice does not affect, and is not intended to affect, Plaintiff's claims against any other Defendant in this action.

Respectfully submitted,

/s/ James H. Lawson
**James H. Lawson**
*Lawson at Law, PLLC*
115 S. Sherrin Avenue, Suite 5
Louisville, KY 40207
Tel: (502) 473-6525
Fax: (502) 473-6561
E-mail: james@kyconsumerlaw.com
*Counsel for Plaintiff*
*Phyllis A. Dockies*

James R. McKenzie
*James R. McKenzie Attorney, PLLC*
115 S. Sherrin Avenue, Suite 5
Louisville, KY 40207
Tel: (502) 371-2179
Fax: (502) 257-7309
E-mail: jmckenzie@jmckenzielaw.com

*Counsel for Plaintiff*
*Phyllis A. Dockies*

## **CERTIFICATE OF SERVICE**

This is to certify that I filed the foregoing via the Court's CM/ECF system on this 12th day of January, 2018, which will send a Notice of Electronic Filing to all counsel of record.

/s/ James H. Lawson
*Counsel for Plaintiff*
*Phyllis A. Dockies*