**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF KENTUCKY**
**LEXINGTON DIVISION**

| | |
|---|---|
| **PHYLLIS A. DOCKIES,** § § § | |
| **Plaintiff,** § § | |
| v. § § | **Case No. 5:17-cv-00235-KKC** |
| **EXPERIAN INFORMATION SOLUTIONS, INC., TRANS UNION, LLC, DIVERSIFIED CONSULTANTS, INC., GTE WIRELESS, INC.** as a General Partner of **VERIZON WIRELESS, SOUTHWEST CREDIT SYSTEMS, L.P.,** and **SYNCHRONY BANK,** § § § § § § § § § § | |
| **Defendants.** § | |

**JOINT STATUS REPORT REGARDING**
**THE STATUS OF DCI SETTLEMENT**

The following is the joint status report on the settlement between plaintiff and defendant Diversified Consultants, Inc. (DCI), required by the Court's Settlement Order dated May 9, 2018 [R. Doc. 54].

The plaintiff and DCI executed a settlement agreement that calls for payment of the settlement funds to plaintiff within 60 days of receipt of a signed settlement agreement and completed W-9 form. Counsel for DCI received the signed settlement agreement and W-9 form on May 8, 2018. The settlement funds are due to be paid, therefore, no later than July 7, 2018, and both parties expect payment to occur on time. The parties would then submit an agreed order of dismissal.

The parties therefore respectfully request that the Court set this down for submission of an agreed order of dismissal by July 8, 2018.

Respectfully submitted,

/s/ *James R. McKenzie*
James R. McKenzie
J. Hays Lawson
Credit Defense Attorneys, LLC
115 S. Sherrin Avenue, Suite 5
Louisville, KY 40207
Telephone: (502) 371-2179
Facsimile: (502) 257-7309
Email: james@creditdefenseky.com
Email: hays@creditdefenseky.com

*Attorneys for Plaintiff*

/s/ *Charles R. Penot, Jr.*
Charles R. Penot, Jr.
*Admitted Pro Hac Vice*
Sessions, Fishman, Nathan & Israel, LLC
900 Jackson Street, Suite 440
Dallas, TX  75202-4473
Telephone: (214) 741-3009
Facsimile: (214) 741-3055
Email: cpenot@sessions.legal

Lauren D. Lunsford
Reminger Co., LPA
730 West Main Street, Suite 300
Louisville, KY 40202
Telephone: (502) 584-1310
Facsimile: (502) 589-5436
Email: llunsford@reminger.com

*Attorneys for Defendant,*
*Diversified Consultants, Inc*

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 12, 2018, a copy of the foregoing was electronically filed with the Clerk of the Court, United States District Court for the Eastern District of Kentucky and served via CM/ECF upon all counsel of record.

/s/ *Charles R. Penot, Jr.*
Charles R. Penot, Jr.